IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIONNE HENDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-3238 |
| | : | |
| R. IRWIN, et al. | : | |

**ORDER**

AND NOW, this 24th day of June, 2024, upon careful and independent consideration of Petitioner Dionne Henderson's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 and the response thereto, and after de novo review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, to which no objections have been filed,[1] it is ORDERED:

    1.    The Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED;[2]

    2.    Henderson's petition for writ of habeas corpus (ECF No. 4) is DISMISSED as time-barred, without an evidentiary hearing; and

    3.    A certificate of appealability shall not issue, as Henderson has not demonstrated that reasonable jurists would debate the correctness of this procedural ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The Clerk of Court is DIRECTED to mark this case CLOSED.

---

[1] The Report and Recommendation was sent to all parties of record on May 22, 2024, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.

[2] As set forth in the Report and Recommendation, all of Henderson's claims are timed-barred, and he has not otherwise demonstrated equitable tolling is appropriate.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.